542 A.2d 62

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
CHARLES MEEKINS, DEFENDANT–PETITIONER.

October 22, 2002.

It is ORDERED that the petition for certification is granted, limited to the issue of whether the trial court properly applied the No Early Release Act, *N.J.S.A.* 2C:43–7.2, to defendant's extended term sentence, which was imposed on September 10, 1999; and it is further

ORDERED that in respect of the foregoing issue, the matter is summarily remanded to the Appellate Division to consider and decide on the merits.

Jurisdiction is not retained.